# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allan J Wood Jr. aka Allan Jay Wood, Jr<br>Debtor(s) | BK NO. 23-02441 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
19 Feb 2024, 10:53:05, EST


                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322