United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02441-MJC |
| Allan J Wood, Jr | Chapter 13 |
| Julie Ann Wood | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5583774 | + Email/Text: cashiering-administrationservices@flagstar.com | Feb 21 2024 18:41:00 | Matrix Financial Services Corp., c/o Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corp. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Allan J Wood Jr johnvfisher@yahoo.com, fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Debtor 2 Julie Ann Wood johnvfisher@yahoo.com fisherlawoffice@yahoo.com |

| | | |
|---|---|---|
| Michael Patrick Farrington | | on behalf of Creditor Matrix Financial Services Corp. mfarrington@kmllawgroup.com |
| Roger Fay | | on behalf of Creditor Matrix Financial Services Corp. rfay@alaw.net |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:23-bk-02441-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Allan J Wood, Jr
15 Red Coat Lane
Mountain Top PA 18707

Julie Ann Wood
15 Red Coat Lane
Mountain Top PA 18707

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/21/2024.

Name and Address of Alleged Transferor(s):

Claim No. 14: Matrix Financial Services Corp., c/o Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098

Name and Address of Transferee:

Matrix Financial Services Corporation
C/O RoundPoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715
Matrix Financial Services Corporation
C/O RoundPoint Mortgage Servicing LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/23/24

Terrence S. Miller
**CLERK OF THE COURT**